UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>JOSHUA STRICKLAND )<br>a/k/a/ ASH STRICKLAND )<br>a/k/a WILLOW ASHERA VEL'LICHIEN )<br>)<br>Defendant. ) | DOCKET NO. 2:21-cr-00095-GZS |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR NAME CHANGE**

Defendant asks the Court to recognize her current name and recommend to the U.S. Marshals Service and Bureau of Prisons (BOP) that they too recognize the defendant's current legal name. (ECF # 52).

1. Defendant, then named Joshua "Ash" Strickland plead guilty plea to a single count indictment charging a bank robbery on July 27, 2021. (ECF # 34). Defendant was sentenced to 70 months incarceration on January 13, 2022. (ECF # 49). At the time of sentencing, Defendant was transitioning from male to female and identified as female.

2. Defendant presents the Court with a legal certificate of change of name from the State of New Hampshire dated February 11, 2022 (ECF #52-1). The certificate evidences Joshua James Strickland name is changed to Willow Ashera Vel'Lichien.

3. Defense counsel informs the Court that BOP regional counsel, Adam Johnson, checked with the BOP in Terra Haute and "the facility would be amenable to a name change order from the sentencing court that effectively provides the sentencing court recognizes the defendant's legal name is now [Willow Ashera Vel'Lichien] and requests that the US Marshals and BOP amend our records to reflect her legal name as [Willow Ashera Vel'Lichien]."

4.       The Government does not object to entry of such an order.

IT IS HEREBY ORDERED THAT:

1.       The Motion (ECF # 52) is **GRANTED WITHOUT OBJECTION**.

2.       The Court recognizes Defendant's legal name to be Willow Ashera Vel'Lichien.

3.       The U.S. Marshals Service and BOP are requested to amend their records to reflect the defendant's legal name is Willow Ashera Vel'Lichien.

SO ORDERED.

                                                     /s/ George Z. Singal
                                                     United States District Judge

Dated this 26th day of June, 2023.